■ NEIL J. SCHMIDT et al., Appellants, v GEORGE P. TURNER et al., Respondents. (Appeal No. 2.) [788 NYS2d 881]—Appeal from an order of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered September 24, 2003. The order denied plaintiffs' motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.